# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | *    **Crim. No. 25-cr-0075-KD** |
| | * |
| **SHELLEY BOUNCHAREUNE** | * |

## NOTICE OF APPEARANCE

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, respectfully notifies the Court that Assistant United States Attorney Christopher J. Bodnar is entering his appearance as additional counsel of record for the United States in this case.

Respectfully submitted this 28th day of July 2025.

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Christopher J. Bodnar*
Christopher J. Bodnar
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602